## FARMER v. HOFFMAN, JUDGE, ETC.

1. **Constitutional Law:** PROCEEDINGS AUXILIARY TO EXECUTION: IMPRISONMENT FOR CONTEMPT. *Eikenberry v. Edwards, ante,* p. 619, followed.

TUESDAY, DECEMBER 15.

CERTIORARI. This is an original proceeding in this court, the object of which is to review an order made whereby the plaintiff was adjudged guilty of a contempt.

*Cook & Patterson,* for plaintiff.

*Winslow & Varnum,* for defendant.

SEEVERS, J.—The facts in this case are substantially the same as in *Eikenberry v. Edwards, ante,* p. 619, decided at, the present term, and therefore the judgment of the circuit court must be

AFFIRMED.